IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MICHAEL LEE SAMANIEGO, ) | |
| ) | |
| Movant, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 6:09-CV-101-C |
| ) | CRIMINAL NO. 6:07-CR-054-C |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

By mandate issued June 18, 2013, the United States Court of Appeals for the Fifth Circuit vacated the judgment denying Movant's § 2255 Motion and remanded this case for an evidentiary hearing. On June 21, 2013, counsel was appointed for Movant and the case was referred to the United States Magistrate Judge to conduct an evidentiary hearing. A hearing was held on September 19, 2013, and based on the testimony and evidence provided at the hearing, the United States Magistrate Judge submitted Proposed Findings of Fact and Recommendation dated December 31, 2013.

The deadline for filing objections to the Proposed Findings of Fact and Recommendation has passed with no objection having been filed by any party. Thus, the Court hereby **ADOPTS** the Magistrate's well-reasoned findings and thorough analysis contained in the Proposed Findings of Fact and Recommendation.

Therefore, Movant's meritless claim for ineffective assistance of counsel is **DISMISSED WITH PREJUDICE.**

SO ORDERED.

Dated this 31st day of January, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE